# In the United States Court of Federal Claims

| | |
|---|---|
| **JANICE GROUNDS,** | |
| Plaintiff, | |
| v. | No. 19-1017C<br>Filed: September 13, 2019 |
| **UNITED STATES,** | |
| Defendant. | |

## O R D E R

On July 16, 2019, the United States District Court for the District of Oregon transferred the above captioned case to the United States Court of Federal Claims, and that same day, July 16, 2019, the case was assigned to the undersigned. The transfer complaint was due on or before August 13, 2019. As indicated in the notice sent to plaintiff, signed by the Clerk of the Court when the record was transferred to this court: "Failure to comply with the enclosed instructions within the time provided, may result in the case being dismissed for failure to prosecute." On September 3, 2019, the court issued an Order instructing the plaintiff to file a transfer complaint on or before September 6, 2019, "or the case may be dismissed for failure to prosecute." As of September 13, 2019, plaintiff has not filed a transfer complaint, filed a motion for an enlargement of time to file, or filed any document with the court explaining the delay in complying with the court's Rules or the court's September 3, 2019 Order. Rule 41(b) (2019) of the Rules of the United States Court of Federal Claims (RCFC) states:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion or the defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction or failure to join a party under RCFC 19—operates as an adjudication on the merits.

Therefore, pursuant to RCFC 41(b), this court **ORDERS** that this case be **DISMISSED.**

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**